# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO AGUILAR,<br><br>    Plaintiff,<br><br>    v.<br><br>KIM HOLLAND, et al.,<br><br>    Defendants. | Case No. 1:13-cv-01356 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING MOTION FOR INJUNCTIVE RELIEF<br><br>[ECF Nos. 13, 17] |

    Plaintiff Benito Aguilar, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 26, 2013. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On October 15, 2014, the Magistrate Judge issued Findings and Recommendations that recommended Plaintiff's motion for injunctive relief be DENIED. The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within thirty (30) days. On October 30, 2014, Plaintiff filed objections.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file including Plaintiff's objections, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 15, 2014, are ADOPTED in full;
2. Plaintiff's motion for injunctive relief is DENIED.

IT IS SO ORDERED.

Dated:  **October 31, 2014**              **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE

2